**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Fernando DE NOVA, also known as Fernando DeNova-Loza, also known as Fernando De Nova Losa, Defendant-Appellant**

**No. 14-50539**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed December 30, 2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Fernando De Nova, Pro Se

---

374

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Fernando De Nova has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). De Nova has filed a re-. sponse. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as De Nova's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.